IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKEY LEE HALL | ) |
| | ) |
| v. | ) NO. 3-13-0999 |
| | ) JUDGE CAMPBELL |
| CAROLYN COLVIN, | ) |
| Commissioner of Social Security | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 25), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 20) is GRANTED, and this action is remanded to the Defendant Commissioner for further consideration.

Any other Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                                                                 */s/ Todd Campbell*
                                                                                                                TODD J. CAMPBELL
                                                                                                                 UNITED STATES DISTRICT JUDGE